IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:98-1126-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAWLE COLE | ) | |
| | ) | |
| _____ | ) | |

In a letter motion dated January 29, 2012, the defendant requests that this court delay its review of his case regarding the current crack amendment. He contends that he is still being held accountable for a large drug quantity for which he has been exonerated as a result of the ruling in *Apprendi*.

Presently, there is no motion pending before the court for a reduction of sentence under 18 U.S.C. § 3582 and Amendment 750 to the United States Sentencing Guidelines. Accordingly, the defendant's motion to stay (ECF No. 800) is moot.

IT IS SO ORDERED.

February 27, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge