UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 0:98-1126-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANRECA LASHON CRAWFORD | ) | |

For good cause shown, and without objection by the United States Attorney's Office, the defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

March 2, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge