UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. No.: 0:98-1126-JFA |
|---|---|---|
| v. | ) | ORDER |
| ADRIAN H. JACKSON | ) | |

On June 18, 2012, this court entered an amended judgment order reducing the defendant's sentence under 18 U.S.C. § 3582 (ECF No. 815). The defendant has now filed a *pro se* motion to modify the amended judgment under Rule 52(b) of the Federal Rules of Civil Procedure. He contends that his leadership role enhancement under U.S.S.G. § 3B1.1 is not valid and should not have been used to determine his amended sentencing guidelines under Amendment 750.

The government is respectfully requested to respond to this motion within thirty days. In addition, the United States Probation Office is requested to prepare and file a Sentence Reduction Report on this issue.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

September 11, 2012
Columbia, South Carolina